JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINTER SUPPLIER, LLC, et al.,<br><br>Defendants. | Case No: 2:19-cv-03750 PA (Ex)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANTS DMITRY POTERYAHIN, SPRINTER SUPPLIER, LLC, AND DIP TRADING CO., LTD.**<br><br>**Judge**: Hon. Percy Anderson |

    The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal of Entire Action by and between Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively "Plaintiffs"), and Defendants Dmitry Poteryahin, Sprinter Supplier, LLC and DIP Trading US, Ltd. (collectively "Defendants") filed concurrently herewith, hereby ORDERS,

- 1 -

ADJUDICATES, and DECREES that a permanent injunction shall be and hereby is entered against Defendants in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendants are hereby restrained and enjoined, pursuant to 15 United States Code ("U.S.C.") § 1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third-party to engage in, any of the following activities in the United States:

    i. copying, manufacturing, importing, exporting, purchasing, marketing, advertising for sale, offering for sale, selling, distributing or otherwise dealing in any automobile emblems/badges, wheel rim center caps or related automobile parts that use, or otherwise make any unauthorized commercial use of, the **BMW**® (U.S.P.T.O. Reg. Nos. 0,611,710; 0,613,465; 1,450,212; 2,816,178; 4,293,991; 5,333,863; 5,333,865; 5,333,899; 5,333,900) trademarks (collectively "BMW Trademarks"), and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any BMW Trademarks, whether such use is on or in connection with any Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, unless such use is expressly authorized by BMW or otherwise permissible by law;

    ii. advertising or displaying images and/or photographs of non-genuine BMW products using BMW Trademarks;

    iii. using BMW Trademarks in advertising to suggest that non-genuine BMW products being advertised are sponsored by, endorsed by, or are otherwise affiliated with BMW and/or advertising non-genuine BMW automotive parts using descriptions that imply that the products are genuine BMW products. Defendants may, however, use "BMW" or other BMW wordmarks to advertise non-BMW parts for sale with fair use descriptions such as 'for BMW automobiles' or 'fits BMW model _____,' or similar language, provided that "BMW" or any other BMW wordmarks that are used are in the identical font,

format, size, and color as, and no more prominently displayed than the surrounding text. In no event may any BMW logo, design mark, or other graphical BMW Trademarks be used by Defendants under this exception.

    2. Defendants are ordered to deliver to Plaintiffs immediately for destruction all allegedly infringing products bearing BMW Trademarks in their possession, custody, or control.

    3. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

    4. The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendants, and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants.

    5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction against Defendants, and Plaintiffs and Defendants waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

    6. **NO FEES AND COSTS.** Plaintiffs and Defendants shall bear their own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED, and DECREED this 8th day of August, 2019.

                                                                     _____
                                                                       PERCY ANDERSON
                                                                       United States District Judge